UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD MILLER; LORI MILLER,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 06-CV-2058-IEG (JMA)<br><br>**ORDER REGARDING SETTLEMENT DISPOSITION CONFERENCE** |

A Settlement Conference was held on December 21, 2007 at 9:00 a.m. The case settled. The attorneys must personally appear for a Settlement Disposition Conference on **February 6, 2008** at **4:00 p.m.** in the chambers of Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1] If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED**.

DATED:  January 4, 2008

_____
Jan M. Adler
U.S. Magistrate Judge